# Exhibit 7

## REPRESENTATIVE LIST OF THE NINJA TURTLES COPYRIGHTS

| Copyright Registration/Document Number | Title of Work | Type of Work |
|---|---|---|
| PA0001824457 | Teenage Mutant Ninja Turtles: 101, Rise of the Turtles, Part 1 | Motion Picture |
| PA0001813811 | Teenage Mutant Ninja Turtles: 102, Rise of the Turtles Part 2 | Motion Picture |
| PAu003699010 | Teenage Mutant Ninja Turtles: 125, SHOWDOWN PART 1 | Motion Picture |
| PAu003699009 | Teenage Mutant Ninja Turtles: 126, SHOWDOWN PART 2 | Motion Picture |
| PA0001886722 | Teenage Mutant Ninja Turtles: 201, The Mutation Situation | Motion Picture |
| PA0001933310 | Teenage Mutant Ninja Turtles: 225, The Invasion: Part 1 | Motion Picture |
| PA0001933312 | Teenage Mutant Ninja Turtles: 226, The Invasion: Part 2 | Motion Picture |
| PA0001932533 | Teenage Mutant Ninja Turtles: 301 | Motion Picture |

| Copyright Registration/Document Number | Title of Work | Type of Work |
| --- | --- | --- |
| PA0001932534 | Teenage Mutant Ninja Turtles: 302 | Motion Picture |
| PA0001979531 | Teenage Mutant Ninja Turtles: 326 | Motion Picture |
| PA0001971691 | Teenage Mutant Ninja Turtles: 401 | Motion Picture |
| PAu003838607 | Teenage Mutant Ninja Turtles: 426 | Motion Picture |
| PAu003836340 | Teenage Mutant Ninja Turtles: 501 | Motion Picture |
| PA0002009161 | Teenage Mutant Ninja Turtles, Cowabunga Christmas | Motion Picture |
| PA0001867812 | Teenage Mutant Ninja Turtles: Enter Shredder | Motion Picture |
| VAu001111391 | Teenage Mutant Ninja Turtles - 2011 Retro Guide Addendum | Visual Material |
| VAu001111392 | Teenage Mutant Ninja Turtles - 2012 Packaging Guide | Visual Material |

| Copyright Registration/Document Number | Title of Work | Type of Work |
|---|---|---|
| VAu001111403 | Teenage Mutant Ninja Turtles - 2012 Retro Guide Addendum | Visual Material |
| VAu001188363 | Teenage Mutant Ninja Turtles: A Green Christmas - Fall/Winter 2014 Seasonal Guide | Visual Material |
| VAu001188355 | Teenage Mutant Ninja Turtles Branding Guide | Visual Material |
| VAu001230757 | Teenage Mutant Ninja Turtles: DimensionX Spring/Summer 2016 Seasonal Guide | Visual Material |
| VAu001194666 | Teenage Mutant Ninja Turtles - For The Fans! Spring/Summer 2014 Seasonal Guide | Visual Material |
| VAu001230632 | Teenage Mutant Ninja Turtles: Half-Shell Heroes 2015 Packaging Guide | Visual Material |
| VAu001230652 | Teenage Mutant Ninja Turtles: Half-Shell Heroes 2016 Supplement Guide | Visual Material |

| Copyright Registration/Document Number | Title of Work | Type of Work |
|---|---|---|
| VAu001257394 | Teenage Mutant Ninja Turtles: Half-Shell Heroes - Blast to the Past 2016 Supplement Guide | Visual Material |
| VAu001257403 | Teenage Mutant Ninja Turtles: Half-Shell Heroes Little Dudes Spring/Summer 2017 Seasonal Guide | Visual Material |
| VAu001118390 | Teenage Mutant Ninja Turtles - Holiday 2013 Supplement Guide | Visual Material |
| VAu001188345 | Teenage Mutant Ninja Turtles Holiday Heroes - Fall/Winter 2015 Seasonal Guide | Visual Material |
| VAu001230622 | Teenage Mutant Ninja Turtles: Hypersport Spring/Summer 2016 Seasonal Guide | Visual Material |
| VAu001188361 | Teenage Mutant Ninja Turtles: Maxin' and Shellaxin' - Fall/Winter 2014 Seasonal Guide | Visual Material |
| VAu001257399 | Teenage Mutant Ninja Turtles: Mini Pizza Spring/Summer 2017 Seasonal Guide | Visual Material |

| Copyright Registration/Document Number | Title of Work | Type of Work |
|---|---|---|
| VAu001230653 | Teenage Mutant Ninja Turtles: Ninja Moves - Fall/Winter 2016 Seasonal Guide | Visual Material |
| VAu001187277 | Teenage Mutant Ninja Turtles: Ooze Control - 2015 Fall/Winter Seasonal Guide | Visual Material |
| VAu001188362 | Teenage Mutant Ninja Turtles Packaging Guide | Visual Material |
| VAu001188223 | Teenage Mutant Ninja Turtles: Sewer Surfin' - 2015 Spring/Summer Seasonal Guide | Visual Material |
| VAu001188278 | Teenage Mutant Ninja Turtles: Shell Skater - 2015 Spring/Summer Seasonal Guide | Visual Material |
| VAu001188134 | Teenage Mutant Ninja Turtles: Shell Skater - 2015 Spring/Summer Seasonal Guide | Visual Material |
| VAu001188132 | Teenage Mutant Ninja Turtles: Shellin' Out Justice - 2015 Fall/Winter Seasonal Guide | Visual Material |

5

| Copyright Registration/Document Number | Title of Work | Type of Work |
| --- | --- | --- |
| VAu001257351 | Teenage Mutant Ninja Turtles: Space Ninjas Spring/Summer 2017 Seasonal Guide | Visual Material |
| VAu001188337 | Teenage Mutant Ninja Turtles style guide supplement | Visual Material |
| VAu001188343 | Teenage Mutant Ninja Turtles Trickster Treats - Fall/Winter 2015 Seasonal Guide | Visual Material |
| VAu001257333 | Teenage Mutant Ninja Turtles: Xtreme Green Spring/Summer 2017 Seasonal Guide | Visual Material |
| VAu001257397 | Teenage Mutant Ninja Turtles: Bebop & Rocksteady Styleguide | Visual Material |
| VAu001194673 | Teenage Mutant Ninja Turtles - Character Art Style: Comic Origins | Visual Material |
| VAu001211984 | Teenage Mutant Ninja Turtles - Property Universe Mythology Styleguide | Visual Material |
| VAu001188358 | Teenage Mutant Ninja Turtles Turtle Power! Styleguide | Visual Material |

| Copyright Registration/Document Number | Title of Work | Type of Work |
|---|---|---|
| VAu001257343 | Teenage Mutant Ninja Turtles: XMELO Styleguide | Visual Material |
| V3591D038 | Bodycount: trade paperback compilation & 139 other titles | Recorded Document |
| V3595D556 | Teenage Mutant Ninja Turtles & 17 other titles | Recorded Document |