| To: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, DC   20559** | **REPORT ON THE FILING OR DETERMINATION<br>OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ Action          ☐ Appeal | **Court Name and Location:** U.S. District Court |
|---|---|
| **Docket No.** 18cv00112 SMV/KRS   **Date Filed** 02/05/2018 | 333 Lomas Blvd, N.W.<br>Albuquerque, NM   87102 |
| **Plaintiff(s)**<br>Viacom International, Inc. | **Defendant(s)**<br>Mark Anthony Baca<br>Guardian Anti-Bullying Campaign, Inc. |

| | Copyright<br>Registration No. | Title of Work | Author of Work |
|---|---|---|---|
| 1. | | **Please see attached docket sheet w/complaint &<br>case-related documents.** | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

In the above-entitled case, the following copyright(s) have been included:

| Date Included | Included By<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading |
|---|---|

| | Copyright<br>Registration No. | Title of Work | Author of Work |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order of judgment together with the written opinion, if any, of the court is attached.

| Copy Attached<br>☐ Order     ☐ Judgment | Written Opinion Attached<br>☐ Yes     ☐ No | Date Rendered |
|---|---|---|

| **Clerk**   Matthew J. Dykman | **(By) Deputy Clerk**<br>Karen D. Francisco | **Date**   02/05/2018 |
|---|---|---|

*U.S. GPO 1982-37-279

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights