IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VIACOM INTERNATIONAL INC.,

    Plaintiff,

v.                                       Cause No. 2:18-cv-00112-SMV-KRS

MARC ANTHONY BACA and
GUARDIAN ANTI-BULLYING CAMPAIGN, INC.,

    Defendants.

## ORDER GRANTING VIACOM INTERNATIONAL INC.'S MOTION FOR SUBSTITUTED SERVICE

**THIS MATTER** having come before the Court upon Plaintiff Viacom International Inc.'s ("Viacom") Motion for Substituted Service ("Motion") (Doc. 12), and the Court being fully advised in the premises, finds that the Motion is well taken and shall be granted.

**IT IS, THEREFORE, ORDERED** that Viacom shall achieve service on Defendants through the following combination of methods, which the Court deems sufficient to accomplish the goal of ensuring that Defendants have been fully informed of the pending litigation and the claims described in Viacom's Complaint and an opportunity to defend against those claims as required by NMRA 1-004:

a. Service by email at the email address that Defendants previously have used to communicate with Viacom's counsel.

b. Service by publication in the *Eastern New Mexico News*, the *Los Angeles Times*, and the *Crestview News Bulletin*, papers of general circulation in the areas where Defendant Baca has claimed to reside. Plaintiff shall use a notice that substantially complies with the form of notice attached as **Exhibit 5** to the Motion.

c. Service by first class mail to all known addresses for Defendant Baca and Defendant GABC, as reflected in the Motion.

d. Service by first-class mail on Defendant Baca's mother, Lucy Mondragon, at 113 La Salle Drive in Clovis, New Mexico.

e. Service by first-class mail on Charla Hicks at 4269 Antioch Road, Crestview, FL 32536.

f. Notice by text message at the phone number that Defendants have previously used to communicate with Viacom's counsel to alert Defendants that service has been accomplished through the methods described in items a–e, above.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

MODRALL, SPERLING, ROEHL, HARRIS
  &amp; SISK, P.A.

By:  */s/ Jennifer G. Anderson*
Jennifer G. Anderson
Megan T. Muirhead
Jeremy K. Harrison
*Attorneys for Plaintiff Viacom*
P. O. Box 2168
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800

    *and*

Susan J. Kohlmann
Alison I. Stein
Brittany R. Lamb
*Attorneys for Plaintiff Viacom*
Jenner & Block, LLP
919 Third Avenue
New York, NY 10022-3908
Telephone: 212.891.1622


C:\Users\nikkim\AppData\Local\Temp\iScrub\Email\1523024260\File0003.docx